# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE BRINLEY AMICON PROPERTY TRUST, A NEVADA TRUST. | No. 71978 |

BRENT D. WHITEHEAD, AS CO-TRUSTEE OF THE BRINLEY AMICON PROPERTY TRUST,
Appellant,
vs.
LORI WESTINGHOUSE, AS PARENT AND NATURAL GUARDIAN FOR BRINLEY HELENE-MARY AMICON,
Respondent.





MAR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE KEEHLE AMICON PROPERTY TRUST, A NEVADA TRUST. | No. 71979 |

BRENT D. WHITEHEAD, AS CO-TRUSTEE OF THE KEEHLE AMICON PROPERTY TRUST,
Appellant,
vs.
LORI WESTINGHOUSE, AS PARENT AND NATURAL GUARDIAN FOR KEEHLE AMICON,
Respondent.

## ORDER GRANTING MOTION, VACATING ORAL ARGUMENT, AND REVERSING AND REMANDING

These consolidated appeals challenge district court orders awarding attorneys' fees relating to the litigation in *In the Matter of The Brinley Amicon Property Trust v. Lori Westinghouse*, Docket No. 70025, and *In the Matter of The Keehle Amicon Property Trust v. Lori Westinghouse*, Docket No. 70026. On March 21, 2018, this court entered orders reversing

18-12372

the district court judgments in Docket Nos. 70025 and 70026. On March 29, 2018, the parties filed a joint motion requesting an order reversing and remanding to the district court. In their motion, the parties contend that the district court's awards of attorneys' fees, which are the subject of the instant appeals, no longer have a statutory basis in light of our reversals in Docket Nos. 70025 and 70026. Accordingly, the parties request an order reversing and remanding this matter to the district court for further proceedings consistent with this court's orders of reversal entered in Docket Nos. 70025 and 70026.

Cause appearing, the parties' joint motion is granted. We hereby reverse the district court's awards of attorneys' fees and remand these matters to the district court for further proceedings consistent with this court's orders. Further, the oral argument currently scheduled for April 3, 2018, at 1:30 p.m. is vacated.

It is so ORDERED.

_____, C.J.
Douglas

_____, J.            _____, J.
Cherry                            Gibbons

_____, J.            _____, J.
Pickering                         Hardesty

_____, J.            _____, J.
Parraguirre                       Stiglich

cc:    Hon. Gloria Sturman, District Judge
       Smith & Shapiro, LLC
       Goodsell & Olsen
       Eighth District Court Clerk